B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Central District Of Illinois

In re <u>JACK E PRICE AND ELIZABETH L PRICE,</u>　　　　　Case No. <u>10-83259</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JP MORGAN CHASE, NA | JP MORGAN CHASE BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

　　JP MORGAN CHASE, NA
　　c/o LCS Financial Services Corporation
　　6782 S. Potomac St. Ste 100
　　Centennial, CO  80112

Court Claim # (if known): <u>10</u>
Amount of Claim: <u>$16,204.84</u>

Date Claim Filed: <u>February 7, 2011</u>

Phone: <u>866-662-9087</u>　　　　　　　　　　　Phone: <u>817-277-2011</u>
Last Four Digits of Acct #: <u>0901</u>　　　　　Last Four Digits of Acct. #: <u>0901</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　<u>/s/Kelly Lucero</u>　　　　　　　　　　　Date: <u>July 24, 2012</u>
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.